AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**SEALED**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  24-MJ-87 |
| KEVIN LILLIS | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 31, 2024 - March 11, 2024  in the  parish of _____Orleans_____ in the
____Eastern____ District of ____Louisiana____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of child sexual abuse material |
| 18 U.S.C. § 2252(a)(2) | Receipt of child sexual abuse material |
| 18 U.S.C. § 1466A(a)(1) | Obscene visual representations of the sexual victimization of children |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

/s/Jade Cohen
_Complainant's signature_

Special Agent Jade Cohen, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____06/11/2024_____

_Judge's signature_

City and state: _____New Orleans, Louisiana_____     Hon. Karen Wells Roby, U.S. Magistrate Judge
_Printed name and title_

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-MJ-87** |
| **v.** | * | **DUTY MAGISTRATE** |
| **KEVIN LILLIS** | * | **FILED UNDER SEAL** |
| | * * * | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, the undersigned complainant, being first duly sworn, state the following is true and correct to the best of my knowledge and belief:

**INTRODUCTION AND AGENT BACKGROUND**

1.    I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the New Orleans Division, and I have been an Agent since 2018. I am currently assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code (U.S.C.), Sections 2251, 2252 and 2252A, which criminalize, among other things, the production, possession, receipt, and distribution of child pornography.

2.    I have been employed since June 2023 as a Special Agent by the United States Department of Justice, Federal Bureau of Investigation (FBI). I am currently assigned to the New Orleans Field Office. My employment has vested me with the authority to conduct investigations, make arrests, and seize property for violations of federal laws, including Title 18, United States Code, Section 2252. I am currently assigned to investigate violent crimes against children as they affect the New Orleans area. In joining the FBI as a Special Agent, I initially received training in a variety of investigative and legal matters.

**PURPOSE OF AFFIDAVIT**

3.      This affidavit is in support of a criminal complaint charging **KEVIN LILLIS** ("**LILLIS**") with violations of 18 U.S.C. § 2252(a)(2) (distribution of child sexual abuse material), 18 U.S.C. § 2252(a)(2) (receipt of child sexual abuse material), and 18 U.S.C. § 1466A(a)(1) (obscene visual representations of the sexual victimization of children).

4.      Based on my training and experience and the facts as set forth in this affidavit, probable cause exists to believe that **LILLIS** committed violations of the following federal criminal statutes beginning at a time unknown, but not later than or about January 31, 2024, and continuing through at least on or about March 11, 2024, in the Eastern District of Louisiana, and elsewhere: 18 U.S.C. § 2252(a)(2)) (distribution of child sexual abuse material), 18 U.S.C. § 2252(a)(2) (receipt of child sexual abuse material), and 18 U.S.C. § 1466A(a)(1) (obscene visual representations of the sexual victimization of children).

5.      This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause to arrest **LILLIS**. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

**PROBABLE CAUSE**

6.      FBI agents in the Honolulu Field Office were involved in an investigation concerning a Honolulu, Hawaii resident (Subject 1) suspected of distributing and receiving electronic files depicting the sexual exploitation of children via electronic means, including an end-to-end encrypted messaging platform named "Wire." During the course of the investigation, an arrest warrant for Subject 1 and a federal search warrant for Subject 1's electronic devices were issued. During a custodial interview, Subject 1 gave FBI agents consent to use Subject 1's online identity on the end-to-end encrypted platforms Wickr and Wire. In reviewing historical chats between Subject 1 and other Wire users, FBI agents identified multiple users distributing and receiving electronic files depicting the sexual exploitation of children.

7.      During the search of accounts obtained from Subject 1, via a lawfully issued search warrant, agents identified a chat between Subject 1 and a Wire user whose username was "exploringneeds." The chat between Subject 1 and "exploringneeds" began on about March 2023 and continued until about May 2023.

8.      Based on these chats and the subsequent identification of the user "exploringneeds" as **LILLIS**, in about March 2024, FBI agents in New Orleans obtained a federal search warrant for **LILLIS's** residence at 3207 Belmont Place, Apartment 102, Metairie, Louisiana, 70002.

9.      During the lawful execution of the search warrant at **LILLIS's** residence in March 2024, FBI agents conducted a non-custodial interview of **LILLIS**.  **LILLIS** provided the following pertinent information:

     a.  **LILLIS** acknowledged that he is the user "exploringneeds" on both TeleGuard, a Swiss-based, end-to-end encrypted messaging platform,  and Wire.

b. **LILLIS** admitted to having been part of groups where others transmitted CSAM, though **LILLIS** disclaimed ever downloading it or sending it. **LILLIS** ultimately left the groups.

c. **LILLIS** explained that he was a sexual creature and watched a large volume of pornography.

d. **LILLIS** disclaimed intentionally receiving or distributing files depicting the sexual exploitation of children.

10. Among the electronic devices seized pursuant to the search warrant was a Samsung Galaxy cellular phone belonging to **LILLIS** (hereinafter "**LILLIS's** cellphone"). Based on my training and experience, I know that **LILLIS's** cellphone was manufactured outside the State of Louisiana.

11. FBI agents reviewed **LILLIS's** cellphone and located at least hundreds of files depicting child sexual abuse material that **LILLIS** obtained, primarily via TeleGuard, between about January 31, 2024, and March 11, 2024.

12. A review of the material obtained through the execution of the lawfully issued search warrant revealed evidence that in February and March 2024, **LILLIS** distributed via TeleGuard the following representative files depicting the sexual exploitation of minors, among others, all of which I have personally reviewed:

a. An image depicting a prepubescent female, approximately four (4) years of age, bound unclothed, with her legs and arms spread and a plastic bag over her head, screwdrivers nearby, and the focal point of the depiction on her genitals.

b. An image of a prepubescent female standing unclothed with her arms and legs bound and a gag over her mouth.

c. An image of two unclothed prepubescent females sitting on a couch with their legs spread and the focal point of the depiction on their genitals.

4

    d. An image of six (6) naked prepubescent females standing in a line unclothed with the message underneath stating: "I am assuming this is what you mean by young and smooth".

13. A review of the material obtained also revealed evidence that between about January 2024 and on or about March 11, 2024, **LILLIS** received the following representative files via TeleGuard, among others, which I have personally reviewed:

    a. An image of an unclothed newborn female with severe discolorations on her arms and legs and apparent bruising around her hips, with an adult male penis partially inserted into the female's genitals.

    b. An image of an unclothed newborn female with her legs held in the air and the focal point of the image on her genitals with the words "look at the fucking baby cunt on that" and cartoon hearts on top of the image.

    c. An image of two (2) newborn females with hospital tags on their ankles and their legs lifted into the air with a substance that appears to be ejaculate in and around their genitals.

    d. An image of a newborn male with an adult holding the newborn's penis and penetrating the newborn's anus with a finger.

    e. An artificial intelligence (AI)-generated image of a newborn unclothed female performing oral sex on one adult male while being penetrated vaginally by the penis of an additional adult male.

    f. An AI-generated image of an unclothed prepubescent female with her arms tied behind her back, her mouth taped shut, and her legs bound by duct tape. She appears emotionally distressed and is being vaginally penetrated by the penis of an adult male with a long, white beard. (Affiant's note: As the picture below establishes, **LILLIS** has a long, white beard).

5

g. An approximately 50-second long video of an unclothed female approximately two (2) years old being vaginally penetrated by an adult male penis.

h. An approximately 12-minute long video of a female approximately three (3) years old in a state of partial undress being vaginally penetrated by an adult male penis.

14. Additionally, in his conversations with other TeleGuard users, **LILLIS** made the following pertinent statements and shared the following pertinent images (among others), which I have personally reviewed, espousing a sexual interest in minors and discussing his prior sexual contact with minors:



a.

6



b.



c.



d.



e.

---

[1] FBI agents have identified the individual depicted in this image. She is currently an approximately eight (8)-year-old female who resides in the Eastern District of Louisiana. (Affiant's note: I redacted the images **LILLIS** shared for the purpose of protecting the identity of the individual depicted.)



f.

15.    State of Louisiana Office of Motor Vehicles provided the following picture for

**LILLIS**:



16.    **LILLIS** works from home as a self-employed artist. **LILLIS** has stated that he

sells his paintings online and at art fairs.  He also enjoys season employment as a Santa Claus

9

impersonator, as indicated in the following statement **LILLIS** made via a social media application:



**CONCLUSION**

17.     Based upon the above information, I submit that probable cause exists to believe that **KEVIN LILLIS** committed and attempted to commit violations 18 U.S.C. § 2252(a)(2)) (distribution of child sexual abuse material), 18 U.S.C. § 2252(a)(2) (receipt of child sexual abuse material), and 18 U.S.C. § 1466A(a)(1) (obscene visual representations of the sexual victimization of children).

10

18.     Accordingly, I request that the Court issue a criminal complaint alleging the above listed offenses. I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Sworn to under the pains and penalties of perjury,

*/s/Jade R. Cohen*
Jade R. Cohen
Special Agent
Federal Bureau of Investigation

*Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.*

Subscribed to and sworn before me,
This 11th day of June, 2024.
New Orleans, Louisiana.

HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

11