U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2024 JUN 21 P 2: 32

CAROL L. NICH...
CLERK



# FELONY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR DISTRIBUTION OF CHILD SEXUAL ABUSE MATERIAL, RECEIPT OF CHILD SEXUAL ABUSE MATERIAL, AND OBSCENE VISUAL REPRESENTATIONS OF THE SEXUAL ABUSE OF CHILDREN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **24-00148** |
| v. | * | SECTION: **SECT.HMAG.5** |
| KEVIN LILLIS | * | VIOLATIONS: 18 U.S.C. § 1466A(a)(1) |
| | | 18 U.S.C. § 2252(a)(2) |
| | * | 18 U.S.C. § 2252(b)(1) |
| | | 18 U.S.C. § 2252A(b)(1) |
| | * | |
| | * * * | |

The Grand Jury charges that:

### COUNT 1
### (Distribution of Child Sexual Abuse Material)

Beginning at a time unknown, but not later than on or about January 31, 2024, and continuing until at least on or about March 11, 2024, in the Eastern District of Louisiana, and elsewhere, the defendant, **KEVIN LILLIS**, did knowingly distribute and attempt to distribute visual depictions, that is, digital images and videos and computer images and videos, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, the production of which involved the use of minors, including children as

____Fee____
____Process____
X_Dktd____
____CtRmDep____
____Doc.No.____

young as approximately four (4) years old, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, such as a depiction **LILLIS** distributed on or about February 12, 2024, of a prepubescent female bound unclothed, with her legs and arms spread and a plastic bag over her head, screwdrivers nearby, and the focal point of the depiction on her genitals, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2
### (Receipt of Child Sexual Abuse Material)

On or about March 11, 2024, in the Eastern District of Louisiana, and elsewhere, the defendant, **KEVIN LILLIS**, did knowingly receive and attempt to receive visual depictions, that is, digital images and videos and computer images and videos, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, the production of which involved the use of minors, including some as young as approximately less than one (1) week old, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, such as a newborn female with severe discolorations on her arms and legs and apparent bruising around her hips, with an adult male penis partially inserted into the female's genitals, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 3
### (Obscene Visual Representations of the Sexual Victimization of Children)

Beginning at a time unknown, but not later than on or about January 31, 2024, and continuing until at least on or about March 11, 2024, in the Eastern District of Louisiana, and elsewhere, the defendant, **KEVIN LILLIS**, did knowingly produce, distribute, receive, and possess with the intent to distribute, a visual depiction of any kind, including a drawing, cartoon,

sculpture, and painting that depicts a minor engaging in sexually explicit conduct and is obscene, in violation of Title 18, United States Code, Sections 1466A(a)(1) and 2252A(b)(1).

### <u>NOTICE OF FORFEITURE</u>

1. The allegations of Counts 1, 2, and 3 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1, 2, and 3, the defendant, **KEVIN LILLIS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253:

   a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense[s]; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following:

   One (1) Samsung Galaxy cellular phone, bearing serial number RF8MC0L6WRB, and IMEI 356027103546126.

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

3

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided
without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code,

Section 853(p), forfeiture of any other property of the defendant up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar No. 6282956

New Orleans, Louisiana
June 21, 2024

No._____

# UNITED STATES DISTRICT COURT

_____Eastern_____ *District of* _____Louisiana_____

_____Criminal_____ *Division*

## THE UNITED STATES OF AMERICA

vs.

**KEVIN LILLIS**

# INDICTMENT

**INDICTMENT FOR DISTRIBUTION OF CHILD SEXUAL ABUSE MATERIAL, RECEIPT OF CHILD SEXUAL ABUSE MATERIAL, AND OBSCENE VISUAL REPRESENTATIONS OF THE SEXUAL ABUSE OF CHILDREN**

| VIOLATIONS: | 18 U.S.C. § 1466A(a)(1) |
| --- | --- |
| | 18 U.S.C. § 2252(a)(2) |
| | 18 U.S.C. § 2252(b)(1) |
| | 18 U.S.C. § 2252A(b)(1) |

*Filed in open court this* _____ *day of* _ _
_____ *A.D.*
2024.

_____
*Clerk*

Bail, $ _____

**JORDAN GINSBERG**
**Assistant United States Attorney**