## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **EASTERN**
DISTRICT OF LOUISIANA
Divisional Office

Name and Office of Person **K. LaCombe**
Furnishing Information on ☒ U.S. Atty ☐ Other U.S. Agency
THIS FORM Phone No. (504) 680-3000

Name of Asst.
U.S. Attorney **Jordan Ginsberg**
(if assigned)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI, Special Agent Jade Cohen

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☑ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

24-mj-87

Place of Orleans Parish
offense County

CASE NO. 24-00148
SECT.HMAG.5

USA vs.
Defendant: KEVIN LILLIS

Address: USMS CUSTODY

☐ Interpreter Required Dialect: _____

Birth
Date 1973 ☑ Male ☐ Alien
☐ Female (if applicable)

Social Security Number XXX-XX-3358

### DEFENDANT

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date_____ or Date Transferred to Federal Custody_____

☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Valerie Jusselin

☑ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 3 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. §§ 2252(a)(2) and (b)(1) | Distribution of child sexual abuse material | 1 |
| 4 | 18 U.S.C. §§ 2252(a)(2) and (b)(1) | Receipt of child sexual abuse material | 1 |
| 4 | 18 U.S.C. §§ 1466A(a)(1) and 2252A(b)(1) | Obscene visual representations of the sexual victimization | 1 |
| | | of children | |
| | | | |