*TO: DOCKET CLERK*

SECT.HMAG.5 24-00148

*X MAGISTRATE CASE NUMBER  24-87*

*OR*

*NO MAGISTRATE PAPERS WERE FOUND*

*for*

*NAME: KEVIN LILLIS*

*Initials: PLH*

If you receive this note without any initials,

please return the entire packet to criminal desk .

Thank you